**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GABRIEL FELICITO VIVAS-CARDENAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1998-D |

# ORDER

Petitioner Gabriel Felicito Vivas-Cardenas filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 4].

On October 28, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 13], recommending that the Court grant in part Petitioner's habeas petition and order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a). In his report, the magistrate judge notified the parties of their right to file an objection to the report on or before November 4, 2026, and that the failure to object waives the right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 13].

For the reasons stated therein, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED in part**. Respondents shall provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), within 7 days of this Order, or release Petitioner. A separate judgment shall be entered.

**IT IS SO ORDERED** this 17th day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE